# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **PAULINE KNOWLES**, | ) Case No. 3:09-cv-05702-BHS |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement, with leave for Plaintiff to seek reinstatement within Ninety (90) days from the date of entry of this notice. Plaintiff seeks this leave so as to have ample time to conclude the settlement process. If this case has not been reinstated within Ninety (90) days from the date of entry of this notice, or a motion for reinstatement has not been filed by said date, then Plaintiff shall file a dismissal *with* prejudice.

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Dated this 28th day of January, 2010.

s/Jon N. Robbins<br>
Jon N. Robbins<br>
WEISBERG & MEYERS, LLC

Filed electronically on this 28th day of January, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 28th day of January, 2010 to:

Kevin Underwood
In-house Counsel
AllianceOne Receivables Management
P.O. Box 2449
Gig Harbor WA 98335-4449


By: s/Tremain Davis
    Tremain Davis

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com